Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br> Jose Delrio, Jr., et al. <br><br> Defendants. | CASE NO. CV 08-0389 LJO-GSA <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOSE DELRIO, JR. and LEONOR V. DELRIO, individually and d/b/a CHEMA'S ARCADE |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants JOSE DELRIO, JR. and LEONOR V. DELRIO, individually and d/b/a Chema's Arcade, that the above-entitled action is hereby dismissed **without prejudice** against JOSE DELRIO, JR. and LEONOR V. DELRIO, individually and d/b/a Chema's Arcade to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

///

///

///

///

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by December 7, 2008, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: October 28, 2008          s/ Thomas P. Riley
                                 **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                 By:  Thomas P. Riley
                                 Attorneys for Plaintiff
                                 J & J SPORTS PRODUCTIONS, INC.


Dated:                           s/ Dominic J. Falasco
                                 **LAW OFFICES OF DOMINIC J. FALASCO**
                                 By:  Dominic J. Falasco
                                 Attorneys for Defendants
                                 JOSE DELRIO, JR. and
                                 LEONOR V. DELRIO, individually and d/b/a
                                 CHEMA'S ARCADE


**IT IS SO ORDERED**:

This case is administratively CLOSED.


_/S/ Lawrence J. O'Neill_____          Dated:      November 12, 2008
**The Honorable Lawrence J. O'Neill**
**United States District Court**
**Eastern District of California**

**STIPULATION OF DISMISSAL**
**CV 08-0389 LGO-GSA**
**PAGE 2**